**Opinion issued July 14, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00138-CV

————————————

**ROLANDO ACEVEDO, CHARLES RAY ALLEY, RODOLFO ALONSO, JOSE ALVARADO, MARIO ARAIZA, SEBASTIAN AVILA, EMILIO BELTRAN, CLARENCE BOLTON, RALPH BURNETT, MODESTO CAMPOS, JAMES CEDARS, JIMMY COLE, ERICH CORBIN, JESUS CRUZ, C.M. DEAR, MARIO FERNANDEZ, JAMES FICKLEN, WILLIAM FICKLEN, RAFAEL FIGUEROA, MICHAEL GADDIS, RAMIRO GARCIA, JOHN W. GARRETT, ARTURO GARZA, MOSSYE HANDY, JOHN HEITMAN, JOEL M. HERRERA, RICKIE KIDWELL, HILARIO MONREAL, ELMER NELSON, DOMINGO NUNEZ, JUAN T. PENA, DAVID PEREZ, ORLANDO PEREZ, THOMAS PYLE, ALEJANDRO RAMIREZ, JUAN RANGEL, EZEQUIEL ROBLES, JOSE RODRIGUEZ, DAVID RODRIGUEZ, ROBERTO RODRIGUEZ, FRANCISCO ROLDAN, ISAAC SAENZ, CARLOS SALAZAR, JUAN SANCHEZ, DONALD SESSUM, JAMES SIFFERD, JOHN SIMPSON, FIDENCIO R. SORIA, JUAN SUAREZ, AND CLARENCE URBAN, Appellants**

**V.**

**THE O'QUINN LAW FIRM, JOHN M. O'QUINN & ASSOCIATES, LLP, THE ESTATE OF JOHN M. O'QUINN, DECEASED, AND ABEL MANJI, Appellees**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 392,247-416**

---

### MEMORANDUM OPINION

The appellants, Rolando Acevedo, et al., as listed above from their notice of appeal, have filed an unopposed motion to dismiss this appeal, representing that the parties have settled this case after this Court had granted their motion to abate to finalize their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of conference indicating that counsel for the appellees has been contacted and does not oppose this motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No other parties have filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we reinstate this case, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

### PER CURIAM

Panel consists of Justices Keyes, Huddle, and Lloyd.